IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEMINI INSURANCE CO., | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-10-3413 |
| | § | |
| HAYSSAM ALLAOV d/b/a AMERICAN AUTO CENTER, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with this court's Memorandum and Order entered this date granting the motion for summary judgment filed by Gemini Insurance Co., this court enters declaratory judgment that Policy No. MGG 0002098 00, with effective dates of April 15, 2008 to April 15, 2009, issued by Gemini Insurance Co. to Hayssam Allaov d/b/a/ American Auto Center, does not cover the September 2008 loss of 23 vehicles claimed by American Auto Center.

This is a final judgment.

SIGNED on August 2, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge